```
1  SHAFFY MOEEL (SBN 238732)
   Moeel Lah Fakhoury LLP
2  2006 Kala Bagai Way, Suite 16
   Berkeley, CA 94704
3  510-500-9994 (voice)
   E-Mail: Shaffy@mlf-llp.com
4
   Attorneys for Defendant
5  NADEEM AHMED MULGADO
```

FILED
OCT 28 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-CR-71-HSG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING |
| v. | |
| JAVARIS TUBBS, | |
| Defendant. | |

The United States and Defendant Javaris Tubbs hereby stipulate and agree to continue his hearing on the Form-12 petition currently set for October 29, 2025 at 10:30 a.m. until November 12, 2025 at 10:30 a.m. to afford defense counsel more time to prepare for the hearing.

Counsel for Mr. Tubbs certifies that she has obtained approval from counsel for the government to file this stipulation and proposed order. The assigned probation officer is available on the requested date.

IT IS SO STIPULATED.

DATED: October 28, 2205

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
SOPHIA COOPER
Assistant United States Attorney

STIPULATION AND PROPOSED ORDER
24-CR-71-HSG

DATED: October 28, 2025

\_\_\_\_/s/_____
SHAFFY MOEEL
Attorneys for Defendant
JAVARIS TUBBS

STIPULATION AND PROPOSED ORDER
24-CR-71-HSG

# [PROPOSED] ORDER

Based on the reasons stated above, and for good cause shown, the Court hereby re-sets the date for the sentencing hearing on the Form-12 petition on October 29, 2025 to November 12, 2025 at 10:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/28/25

_____
HON. DONNA M. RYU
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
24-CR-71-HSG